**Electronically Filed
Intermediate Court of Appeals
CAAP-23-0000733
31-MAR-2025
09:10 AM
Dkt. 91 OCOR**

NO. CAAP-23-0000733

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAI'I


STATE OF HAWAI'I, Plaintiff-Appellee, v.
COREY CAMPBELL, also known as
COREY RYAN TAYLOR, also known as
RONIE CABILI, Defendant-Appellant


APPEAL FROM THE CIRCUIT COURT OF THE SECOND CIRCUIT
(CASE NO. 2CPC-22-0000339(1))


ORDER OF CORRECTION
(By: Leonard, Acting Chief Judge, for the court)[1]

IT IS HEREBY ORDERED that the Opinion entered on September 19, 2024 (docket no. 68) in the above case is corrected as follows:

On page 7, in line 4 of footnote 7, replace "extradiction" with "extradition." The corrected line should read as follows: ". . . the added expenses associated with extradition. . . ."

The Clerk of the Court is directed to take all necessary steps to notify the publishing agencies of this change.

DATED: Honolulu, Hawai'i, March 31, 2025.

/s/ Katherine G. Leonard
Acting Chief Judge

---

[1] Leonard, Acting Chief Judge, Wadsworth and Nakasone, JJ.